UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>   v.<br><br>ISRAEL MAGANA,<br>                 Defendant. | CASE NO. 1:22-MJ-00105-EPG<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: July 1, 2022

_Sheila K. Oberto_
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | ANTONIO J. PATACA<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile:  (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>          v.<br><br>ISRAEL MAGANA,<br><br>                      Defendants. | CASE NO. 1:22-MJ-00105-EPG<br><br>UNITED STATES' APPLICATION TO UNSEAL INDICTMENT |

The United States hereby moves this Court to unseal the Complaint and Arrest Warrants in this matter. On June 30, 2022, defendant was arreseted in Tulare County, California. Defendant is scheduled for an Initial Appearance at 2:00 pm on July 1, 2022. Therefore, the Complaint must be unsealed in order to advise the defendant in open court of the charges against him.

DATED: July 1, 2022                                             Respectfully submitted,

                                                                            PHILLIP A. TALBERT
                                                                            United States Attorney

                                                                             /s/ *Antonio J. Pataca*
                                                                            ANTONIO J. PATACA
                                                                            Assistant United States Attorney

1