Kevin P. Rooney, Of Counsel, #107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, ISRAEL MAGANA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL MAGANA,<br><br>Defendant | Case No.: 1:22-CR-00196-JLT-SKO<br><br>**SUBSTITUTION OF ATTORNEY; AND ORDER** |

    I, ISRAEL MAGANA, defendant, hereby request to substitute as my attorney of record in the above-captioned matter, Attorney KEVIN P. ROONEY, in place and stead of Attorney Peter Jones.

    Dated: July 18, 2022   <u>SIGNATURE TO BE ENTERED IN COURT</u>

                                               ISRAEL MAGANA

I consent to the above substitution.

Dated:  July 18, 2022              __s/ Peter M. Jones_____
                                           PETER M. JONES

I accept the above substitution.

Dated: July 18, 2022              _____s/ Kevin Rooney_____
                                          KEVIN P. ROONEY

IT IS SO ORDERED.

Dated:  **July 18, 2022**                  /s/ *Barbara A. McAuliffe*_____
                                       UNITED STATES MAGISTRATE JUDGE