Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ISRAEL MAGANA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ISRAEL MAGANA,<br><br>    Defendant. | Case No.: 1:22 CR 196 JLT/SKO<br><br>STIPULATION AND ORDER TO CONTINUE REVIEW HEARING RE PROPERTY BOND |

Counsel for the respective parties, Kevin P. Rooney representing Mr. Magana and Anthony Pataca representing the United States stipulate as follows:

1. By previous Order of the Court, Mr. Magana has been released from custody and ordered to post certain real property as security for his compliance with his Pre-Trial Release conditions. August 18, 2022, was scheduled as a review hearing to determine whether the property had been posted.

2. Counsel for Mr. Magana has advised that the Title Company handling the technical aspects of the real property encumbrance to reflect its roles as security held by the Court recently advised that the manner in which title to the property is held will need to be adjusted to allow the encumbrance.  To be more specific, the property deed specifies the owners as

husband and wife holding the property as community property and the husband is now deceased.

3. The parties hereby agree to delay the Review Hearing as to the status of the real property posting until September 28, 2022, before the Duty Magistrate Judge. As previously ordered, the parties agree that if the property is posted before that Review Hearing date, the review hearing may be vacated. All other previously ordered Conditions of Pre-Trial Release will remain in full force and effect. With regard to the Review Hearing, there is no need for a Speedy Trial time exclusion or other Speedy Trial considerations, because a Status Conference in this matter and corresponding exclusion of time has already been scheduled and ordered.

IT IS SO STIPULATED:

Dated: August 17, 2022            /s Kevin Rooney
                                  Kevin P. Rooney
                                  Attorney for Defendant Israel Magana

Dated: August 17, 2022            By: Philip A. Talbert
                                  United States Attorney
                                  /s/ Anthony Pataca
                                  Anthony Pataca
                                  Assistant United States Attorney

**ORDER**

IT IS ORDERED THAT, the previously scheduled review hearing in this matter, is hereby rescheduled to September 28, 2022, at 2:00 p.m. before the assigned Duty Magistrate Judge. All other previously ordered Conditions of Pre-Trial Release remain in full force and effect.

Dated: 8/18/2022                  *Sheila K. Oberto*
                                  Hon. Sheila K. Oberto
                                  United States Magistrate Judge