Kevin P. Rooney, Of Counsel, #107554
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ISRAEL MAGANA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>ISRAEL MAGANA,<br><br>            Defendant | Case No.: 1:22-CR-00196-JLT-SKO<br><br>REVISED STIPULATION AND ORDER REGARDING PRETRIAL RELEASE CONDITIONS |

The parties to this action, by and through their respective counsel, hereby stipulate as follows:

1. Based on the recommendation of the PreTrial Services Office, Mr. Magana should be removed from PreTrial Release Services Office supervision and conditions of release 7(a), (b), (c), (e), and (g) are no longer applicable to him.

2. Mr. Magana's conditions of release continue to include the requirement that he obey all laws, local, state, and federal. Pretrial conditions of release 7(h), refraining from the use of alcohol or controlled substances without a prescription, continues to apply, but Mr. Magana is no longer required to report any prescribed medications to PreTrial Services.

3. The property bond securing Mr. Magana's release is to be filed no later than March 1, 2023.

IT IS SO STIPULATED.

Dated: February 8, 2023                                /s/ Kevin P. Rooney
                                                      KEVIN P. ROONEY
                                                      Attorney for Israel Magana

Dated: February 8, 2023                                /s/ Antonio Pataca
                                                      ANTONIO PATACA
                                                      Assistant United States Attorney

## ORDER

IT IS SO ORDERED. Mr. Israel Magana's conditions of PreTrial Release are modified as stipulated above.

IT IS SO ORDERED.

Dated:  **February 8, 2023**                          _____
                                                      UNITED STATES MAGISTRATE JUDGE