Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, ISRAEL MAGANA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL MAGANA,<br><br>Defendant | Case No.: 1:22-CR-00196-JLT -SKO<br><br>STIPULATION TO VACATE CHANGE OF PLEA HEARING AND SET TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: October 7, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer T. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for a Change of Plea on October 7, 2024.

2. By this stipulation, parties now move to vacate the Change of plea and set a Jury Trial to begin on June 17, 2025. The parties also move exclude time from October 7, 2024 until and through June 17, 2025 under Local Code T4.

3. The parties also move to schedule a Jury Trial Confirmation Hearing for May 12, 2025.

4. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case

      includes investigative reports, photographs, cell phone records, and related documents in electronic form, which are voluminous in nature. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Defense counsel have been provided with a plea agreement and negotiations are ongoing. Additional time is needed for consideration of the plea offers and further negotiations.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. 3161 et seq., within which trial must commence, the time period of October 7, 2024 and June 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

|  |  |
|---|---|
| Dated: October 2, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|  | /s/ ANTONIO PATACA<br>ANTONIO PATACA<br>Assistant United States Attorney |
| Dated: October 2, 2024 | /s/ Kevin Rooney<br>KEVIN P. ROONEY<br>Attorney for Defendant,<br>ISRAEL MAGANA |

### FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance. IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED that the Change of Plea set for October 7, 2024 is vacated and a Jury Trial is scheduled to begin June 17, 2025. A Jury Trial Confirmation Hearing is scheduled for May 12, 2025, and the time period of October 7, 2024 to and through June 17, 2025 is excluded from the time in which trial must commence.

IT IS SO ORDERED.

Dated:   **October 2, 2024**

UNITED STATES DISTRICT JUDGE