MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00196-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION SETTING CHANGE OF PLEA HEARING; ORDER |
| v. | |
| ISRAEL MAGANA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on 5/12/2025.

2. By this stipulation, defendant now moves to vacate the trial confirmation hearing and set a change of plea hearing on 5/12/2025. No exclusion of time is necessary as time has already been excluded through 5/12/2025.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

Dated: April 11, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: April 11, 2025

/s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Counsel for Defendant
ISRAEL MAGANA

**ORDER**

IT IS SO ORDERED.

Dated: **April 11, 2025**

UNITED STATES DISTRICT JUDGE

2