ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ISRAEL MAGANA,<br><br>                              Defendant. | CASE NO.  1:22-CR-00196-JLT-SKO<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on June 29, 2026.

2.      By this stipulation, defendant now moves to continue sentencing to October 19, 2026. No exclusion of time is necessary as the matter is pending sentencing.

3.      The parties require additional time to conduct research and file objections to the PSR, conduct investigation into matters of mitigation and extenuation, and otherwise prepare for the sentencing hearing.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1

IT IS SO STIPULATED.


Dated:  May 26, 2026                                ERIC GRANT
                                                    United States Attorney


                                                    /s/ ANTONIO J. PATACA
                                                    ANTONIO J. PATACA
                                                    Assistant United States Attorney



Dated:  May 26, 2026                                /s/ KEVIN P. ROONEY
                                                    KEVIN P. ROONEY
                                                    Counsel for Defendant
                                                    ISRAEL MAGANA




**ORDER**

IT IS SO ORDERED.

   Dated:   **May 28, 2026**

                                                    UNITED STATES DISTRICT JUDGE

2